# EXHIBIT A

***Proposal from the Montgomery County Christian Learning Center (MCCLC) for Partnership with the Board of Education of Vidalia City Schools, GA***

November 2014

Dear Vidalia City Schools Board of Education,

On behalf of the Board of Directors for the Montgomery County Christian Learning Center, I would like to extend an opportunity to enhance the educational experience of the students enrolled in the Vidalia City School System by offering religious education electives.

The MCCLC, which is a 501c3 non-profit organization, is one that exists to prepare students academically, spiritually, emotionally, and socially for God's call on their lives. In order to accomplish this vision, our organization teaches Biblical truths to students that chose to register for elective courses offered through our school and are in adequate academic standing to take such courses. Our program offers a total of four different SACS accredited courses/curriculums at the high school level in areas of non-denominational, conservative evangelical education. (See attached document for course descriptions). Our program has been established under the guidance of the Walton County Christian Learning Center, which has been effectively working with the Walton County School System for over 13 years. (www.wcclc.org)

Our courses will be offered at Victory Baptist Church (approximately ½ mile from VHS) during the regular school day. Students will earn elective credit at NO charge. All funding will be privately raised; and in accordance with the current laws, students would have to have parental consent to partake in this program through the Released Time Education Act.

Upon acceptance of this proposed partnership request by the Vidalia BoE, the MCCLC would like to begin offering classes to Vidalia High School juniors and seniors during the Spring Semester 2015. "Life Skills & Careers" (See course descriptions for further information) will be the first class offered, and then, the MCCLC would like to begin offering courses to all Vidalia High School students. A middle school program is also available, and we have hopes to offer our courses to middle school students in the future, if logistics and other issues are effectively worked out.

Thank you for your consideration of this opportunity to enhance the educational experience of the students in the community. If there are any other questions or concerns please feel free to contact me and I will do my best to meet all concerns with quick, adequate responses.

Sincerely,

Gady Youmans
Executive Director of the MCCLC
912-585-1290
gadyyoumans@gmail.com

P.S.
Attached documents include "Course Descriptions", "Mission Statement & Staff", and "Student Handbook MCCLC". For any other information, please contact me.

**Exhibit A Page 1 of 1**