# EXHIBIT B

## A Personal Philosophy of Christian Education
## Gady Youmans, D.Ed.Min., Ph.D. ABD

Regarding my personal philosophy of Christian education and teaching methodology, this document contains my presuppositional philosophical views, my educational praxis, and how I integrate both into the classroom.

### Metaphysics – First things first…

We know that Scripture is authoritative and sufficient for all things pertaining to life and godly living. (2 Tim. 3:15, 2 Pet. 1:3) We know that any philosophy or tradition or man that contradicts the Scriptures is errant and must be viewed skeptically. (Col. 2:8) We know that God exists in three persons: The Father, Son, and Holy Spirit. (Matt. 28:18-20) We know that God created all things out of nothing, and nothing exists outside of His creation, a creation which is currently in a fallen state. We know that man is in need of a Savior from the sin condition caused by the fall. (John. 3:16) We know that man is formed of two parts, both a physical body and a soul. (Matt. 10:28) We know that the knowledge of who God is, how he operates, and how he wants man to live is crucial to being in right favor in His eyes and fulfilling one's purpose in life, to bring God glory. (Ex. 33:13)

### Epistemology – What is truth?

We know truth because God is truth and God is omniscient (John 16:30, 17:17), there is nothing outside the purview of His instruction regarding knowledge. We know truth because God has given us an inerrant, infallible Word that guides us in the pursuit of knowledge, wisdom, and understanding. (Ps. 119:105, Prov. 1:7). While Scripture is not an exhaustive textbook for every subject, it does address every subject, whether directly or via principles that can govern every subject. Such governance by the Word ensures that man can be confident in absolute, knowable truth is all subjects in this world.

### Axiology – Where do we start?

God is good. God's instructions are good. Obedience to God's instructions is good. Evil is bad. Disobedience to the instructions commands of God is bad. A Biblical worldview is good, as such allows man to interpret every facet of life and knowledge through the only perfect source of knowledge. Morality and ethics are only good so far as they align themselves in subjection and obedience to the Word of God. There is no ethical or moral good outside of the will and ways of the Lord Jesus Christ.

**Exhibit B Page 1 of 4**

## Educational Praxis
### Nature and Role of the Learner

Mankind is created with the ability to learn truth and how to apply such in their lives. Man is by design created to be a steward over God's creation, therefore must learn all that he can in order to properly manage such responsibilities. Man as a learner has a responsibility to want to be wise, therefore they ought to want to learn and consider such an act, an act of worshipful obedience to the Father. Scripture commands man to "study to show thyself approved" (2 Tim. 2:15) and to "do everything as unto the Lord." (Col. 3:23) To forsake wisdom and understanding, key elements of the learning goal, is foolishness. (Prov. 4:6)

### Nature and Role of the Teacher

Like learners, man has been created to learn but also to teach. The teacher has a responsibility to God to study and teach in a manner worthy of one's calling. Man as a teacher is commanded to teach others the will and ways of God so that they might learn how to be in right fellowship with Him. The teacher therefore has a responsibility to teach in such a way that learners want to learn and be willing to engage even those who may not see the need to learn or have an initial desire to do so. The content of learning must be handled in a manner that acknowledges the sufficiency and authority of Scripture and the priority of life transformation by the teacher.

### Educational Aim

The educational aim is to see life transformation via learning the content of Scripture coupled with the practical insight of application in one's life in order to become more like Christ in our thinking, speaking, and doing as a born-again believer. Behavior modification is not the goal of education, life transformation into the image of and right fellowship with Christ is the end goal.

### Curriculum

The curriculum in Bible study is the Bible. Any supportive texts used outside of Scripture to communicate Biblical truths are solely complimentary and not supplementary, as the Bible lacks nothing that man's wisdom or tradition can offer. This does not negate the usefulness of extra-biblical texts/guides, but reminds the teacher/student that all extra-biblical sources must submit in all regards to Scripture. Curriculum design ought to cover the relevant content for the subject and be formatted in such a way as to promote learning to their pupils.

Gady Youmans, D.Ed.Min. - 2

**Exhibit B Page 2 of 4**

## Preferred Method(s)

My primary teaching method is lecture with heavy discussion. While every group of students is different, a teacher must be equipped with various teaching skill sets to adapt on the fly to the audience before them to communicate the life transforming content of Scripture. While I prefer lecture/discussion models, I tend to only integrate technology into the lecture/discussion as so much as it will effectively benefit the learning process for in-person learning. Online and distance learning does require greater flexibility and integration of technology however.

## Practical Integration in the Classroom

Fleshing out what my personal philosophy and educational praxis is something that must be adjusted and adapted for each and every teaching opportunity. While my philosophical presuppositions will never change, the implementation of such may look different depending on the pupils. For example, the Apostle Paul spoke to Hebrews like Hebrews and Greeks like Greeks. The substance of the truths I communicate do not change, while the manner in which I communicate them may. Thus, the curriculum design, content, and delivery or teaching would take into consideration the philosophical presuppositions of the learners. One of the primary goals when I develop a course is to know the cognitive and academic capabilities of my pupils. By doing so I can simultaneously design my curriculum, content, and assignments to mirror the learning abilities within the group as to not overwhelm anyone but also to still challenge learners to grow. Given the lack of Biblical literacy in most contexts I've taught (both grade school and adults alike), I tend to focus my lectures heavily towards a narrative and chronological study of the Bible, and corresponding topics, when teaching theological courses/classes. By doing so, pupils can learn the content in a manner easily remembered in conversation, and for future reference the Scriptures will interconnect easier for them. I tend to take that same method into any subject so that people do not just understand the subject matter and understanding at hand, but how such understandings/subjects have come about over time. Regarding the assessment of learning objectives, while the overall goal is life transformation, I incorporate reading logs, quizzes, and exams when in an academic setting. When in a non academic setting such as a local church, I often use subjective assessments such as a person's personal response regarding their knowledge learned and closeness with Christ increased as a result of the course. If pupils believe they have grown, are excited about what they have learned, and want to continue learning, I count this as a success in such settings. Finally, by seeking to understand the presuppositions of my pupils, their cognitive and academic abilities, how to communicate and access the desired knowledge of the curriculum taught, I always find myself left with one last question that greatly affects my teaching methodology: What does the student want to know? While a teacher might design an amazing course, finding out what a student seeks to learn is important. Are they focused on

Gady Youmans, D.Ed.Min. - 3

**Exhibit B Page 3 of 4**

application or information? Skills or understanding? Etc.... I seek to often ask questions of my pupils so that I can understand where they are in the learning process, and when given the chance, chase any tangential questions or topics that may arise. I do this because I believe that the student will most likely remember the content and apply the life transforming works in their lives if they can connect my designed course with their individual life's circumstances.

Gady Youmans, D.Ed.Min. - 4

**Exhibit B Page 4 of 4**