# EXHIBIT C

 Gmail                          **Gady Youmans <gady@sweetonionclc.org>**

## Update on Religious Education Elective Partnership

**Sandy Reid** <sreid@vidalia-city.k12.ga.us>        Mon, Feb 23, 2026 at 9:46 AM
To: Gady Youmans <gady@sweetonionclc.org>

Thank you again for meeting with me and for sharing your concerns so thoughtfully. I truly appreciate the conversation and your continued commitment to providing meaningful opportunities for students.

As I commited to do, I did reach out to each member of the Board of Education after our meeting to ensure they were aware of the discussion and the points you raised. At this time, we will be moving forward with dissolving the MOU between Vidalia City Schools and the Christian Learning Center.

We are confident that we will still be able to provide students with access to these courses and opportunities through a different avenue, and our focus remains on making sure students continue to have strong, high-quality options available to them.

I am grateful for the investment CLC has made in our students and for the partnership we have had over the years.

On Mon, Feb 23, 2026 at 8:41 AM Gady Youmans <gady@sweetonionclc.org> wrote:

> Dr. Reid,
>
> I wanted to follow up regarding Friday's Board discussion and see whether there has been any determination or next steps.
>
> I appreciate your willingness to revisit the matter and look forward to hearing from you when you are able.
>
> Thank you,
>
> Dr. Youmans
>
> On Sat, Feb 7, 2026 at 1:45 PM Gady Youmans <gady@sweetonionclc.org> wrote:
>> Feb. 19 at 1:30pm in your office works fine. I will be there.
>>
>> Gady Youmans, D.Ed.Min.
>> Executive Director
>> S.O.C.L.C.
>>
>>> On Feb 7, 2026, at 1:32 PM, Sandy Reid <sreid@vidalia-city.k12.ga.us> wrote:
>>>
>>>
>>> Thank you for your patience as I got back to you. This week is filled with FY27 staffing/budget meetings and our board meeting, so the first opening on my calendar is Thursday, February 19th at 1:30. Would you be available at that time? If so, would meeting in my office work for you?
>>>
>>> Thank you.
>>>
>>> On Fri, Feb 6, 2026 at 8:00 AM Gady Youmans <gady@sweetonionclc.org> wrote:
>>>> Thank you. I will accommodate any opening regardless of day/time.
>>>>
>>>> Gady Youmans, D.Ed.Min.
>>>> Executive Director
>>>> S.O.C.L.C.

**Exhibit C Page 1 of 3**

On Feb 6, 2026, at 7:51 AM, Sandy Reid <sreid@vidalia-city.k12.ga.us> wrote:

I would be happy to meet with you. I am headed into an 8:00 meeting and will not be back at my computer until late afternoon. I will take a look at my schedule then and get back with you about a date/time. Thank you for your patience. Probably much like yours, my calendar stays so full!

On Thu, Feb 5, 2026 at 6:59 PM Gady Youmans <gady@sweetonionclc.org> wrote:
May we meet in person at your earliest convenience to discuss this matter? Our ministry has been operating on n partnership with VHS for over a decade.

Gady Youmans, D.Ed.Min.
Executive Director
S.O.C.L.C.

On Feb 5, 2026, at 6:49 PM, Sandy Reid <sreid@vidalia-city.k12.ga.us> wrote:

Mr. Youmans,

Thank you for the partnership and the learning opportunities that the Christian Learning Center has provided to our students over the years. We truly appreciate the opportunities your program has offered and the support you and your team have given to our school community.

Over the past several months, our system has been reviewing how we provide these types of learning opportunities for students. While we continue to value and plan to offer opportunities for Religious Education Electives, we have also been looking closely at the instructional structure, delivery, and overall match with our system. .

After much discussion and careful consideration, we have recently made the decision to move in a different direction to offer similar opportunities in a way that fits better for our students and school structure beginning next school year. Our Board of Education has been informed of this decision.

Thank you again for the partnership and for all you have done for our students. We truly appreciate your understanding as we work to ensure the best opportunities for our students moving forward.

Sincerely,
Sandy Reid

--



Sandy Reid, PhD
Superintendent

INVEST in Relationships
IGNITE Learning
INSPIRE Excellence
IMPACT Community

**Exhibit C Page 2 of 3**

Case 6:26-cv-00026-RSB-CLR    Document 1-4    Filed 05/08/26    Page 4 of 4

--
**Gady Youmans, D.Ed.Min.**
Executive Director
Sweet Onion Christian Learning Center
**gady@sweetonionclc.org**
**www.SweetOnionCLC.org**

**Exhibit C Page 3 of 3**