# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| **SWEET ONION CHRISTIAN LEARNING CENTER**, **INC.,**<br><br>and<br><br>**GADY YOUMANS,**<br><br> *Plaintiffs,*<br><br> v.<br><br>**VIDALIA CITY SCHOOLS,**<br><br>**SANDY REID,** in her official and personal capacities as Superintendent of Vidalia City Schools,<br><br>and<br><br>**ANDY BLOUNT, SADIA AJOHDA, BRITTNEY BLACK, FRED GODBEE, and JULEE TORRANCE,** in their official capacities as members of the Vidalia City Board of Education,<br><br> *Defendants.* | Civil Action No.: _____ |

## DECLARATION OF KRYSTIAN GAJDZIS

I, Krystian Gajdzis, hereby do testify and state as follows:

1. I am a paralegal at Alliance Defending Freedom in Scottsdale, AZ, working on the above-captioned matter. I have personal knowledge of the matters addressed herein.

2.     Attached as Exhibit 1 to the Declaration is a copy of a transcript that I prepared of an audio recording Gady Youmans made of his February 19, 2026 meeting with Sandy Reid.

3.     The attached Exhibit 1 is a true and correct transcription of the audiotaped meeting, and reflects where appropriate instances where the recording is inaudible.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the above is true and correct to the best of my knowledge.

Executed this 5th day of May, 2026, at Scottsdale, Arizona.

Krystian Gajdzis
Paralegal
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260

# EXHIBIT 1

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 1

[0:00 - 0:28 – footsteps shuffling and chatter]

0:29

DR. YOUMANS:    Hello.

SECRETARY:    Hello, are you here for an appointment with Dr. Reid?

DR. YOUMANS:    Yes, 1:30.

SECRETARY:    If you'll have a seat, I think she has somebody with her but she knows you are coming at 1:30. It'll be just a second.

DR. YOUMANS:    That's not a problem.

[Dr. Youmans sits down in lobby waiting room]

1:15

SECRETARY:    I'll let her know you are here, you're here just a bit early but she is finishing up with somebody, but either I or she will come get you.

DR. YOUMANS:    Not a problem.

[sits in lobby waiting room]

[2:23 - 3:45 – footsteps and indistinct chatter between ladies in lobby]

4:23

SECRETARY:    Mr. Youmans.

[Dr. Youmans gets up and is let into the secure wing of the Board of Education]

SECRETARY:    She's standing right there. [points down hall]

[indistinct chatter between Secretary and a janitor]

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 2

START 4:47

DR. REID:          Mr. Youmans, how are you?

DR. YOUMANS:    Doing well.

DR. REID:          Good. I don't know if we've met, I'm Sandy.

DR. YOUMANS:    Gady.

DR. REID:          It's nice to meet you. Come on in. I ended up with the old special ed lab, which was the last superintendent's office, so I dragged my old couch and stuff in here and made a space so we could just be over here if you're okay with it.

DR. YOUMANS:    Yeah. I actually never stepped foot on this side. This was added after I graduated.

DR. REID:          Yes, they had to add it to meet compliance with some of the special ed requirements and all. So, um, and then there were a couple of science labs that they added on and now and then they move to the…

DR. YOUMANS:    I think they added it I think the year I graduated, so yeah.

DR. REID:          Well, its nice to meet you. I'm sorry at some of these conditions, but, um, you know, I just have not had an opportunity to meet you before now. So, um, I understand that you're not happy with the decision that the, um, board made regarding the Christian life courses. So, uh, talk to me about that.

DR. YOUMANS:    Yeah, so did the board make the decision? Your email said that you made the decision.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 3

DR. REID:         Well, ultimately, at the end of the day, I have to make a decision. They vote on it. I'll tell you how it generated. Um, so, the decision came from, um I think, some outreach to our board members, from families and staff, about some social media posts. I think that some staff and families were not happy about some things said about the effectiveness of the teachers within the system. And so they were like, hey, you know, how can somebody we contract with? Uh, if we did that, if we said something, that's outside the boundaries of the professionalism that would be required of us. And so it started some rumbling and they reached out to the board. And so the board, one of the board members reached out to me during work session and said, what options do we have? You know, what, where, where do we go from here? We do not want the kids to miss out on the opportunity for this instruction. But we also feel like there's some misalignment here. And, um, I don't, you know, without going in great detail, I think some of the other the board members, you know, had other reservations, uh, from things that got brought up as people. I think that particular post triggered some communication. And then it was like, well, this happened then, and this happened, and so they were like, okay, we need to look at what our options are. So I just created a, um, little committee within the high school to look at what all of our other options are. Then we reached out to some surrounding counties, that's when we realized the programs were no longer go…, CLC was no longer working with the

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 4

original entities. And then, um, also reached out to Heritage and realized they were working with Brewton-Parker. So from there, I kind of reached out to Brewton-Parker, and I know the crazy thing, not the crazy thing, but the thing is…

DR. YOUMANS:   I work for Brewton-Parker.

DR. REID:        …is that with the course offerings, I see that you offer the courses through Brewton-Parker. And so I think that the board is fine with that because it is, we have an agreement with Brewton-Parker. We have a close partnership with Brewton-Parker. Anyway, we do all of our guard tests, our, um, registered teachers, apprenticeship programs, parent-teacher stuff through them anyway. And, um, but at that point, they feel like that we have the agreement with Brewton-Parker that, um, they maintain certain levels of professionalism. And that's between us and them and not… your class directly.

DR. YOUMANS:   So there was a supposed post?

DR. REID:        It was a…

DR. YOUMANS:   There was a…

DR. REID:        There was a social media post that basically, there were several posts, um that caused issues. But the only one that pertained to that that was really wrong. I'll tell you the... There were a lot of people that took offense to how you addressed the tax issue on social media in a way that felt attacking to the school

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 5

system, but that's not the concern that brought us to this place because that's your right, That your 1st amendment right to do so.

DR. YOUMANS:   So what was the concern…

DR. REID          The one that really crossed over was a comment, some comments related to, yeah, my kids come, and they say their teachers don't even teach them. They don't, they say, Mr. Youmans, um, you you actually teach us, our teachers just…

DR. YOUMANS:   I don't think I've ever posted anything that said the students said their teachers didn't. I have posts saying that hey, our teachers, you actually teach.

DR. REID:   Yeah.

DR. YOUMANS:   I have had that from the vast majority of my students.

DR. REID:   Yeah. And, you know…

DR. YOUMANS:   So it is, so it is a personal matter.

DR. REID:   Uh, Not personal, professional, in that typically people that we contract with or have an MOU with, they maintain the same levels of professionalism that our teachers do. So if our teachers went out and started and made negative comments…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 6

DR. YOUMANS:    If a teacher employed by the school were to make a suspected or perceived unprofessional comment, what would be the standard operating procedure for addressing that? Would it be immediate termination?

DR. REID:    Um, it it depends on the situation to what...

DR. YOUMANS:    If my post. My post was made.

DR. REID:    So, if they do it, it probably would be a, um, a corrective action and not immediate because...

DR. YOUMANS:    Take the post down, don't do that again kind of thing?

DR. REID:    Well, only because they're protected by um uh due process procedures. So, fair dismissal, uh rights? So obviously we don't have that when we have a contract or an agreement with somebody. But that's why we would have to take that route with that employee and take corrective actions, take the post down, do a remediation on professionalism.

DR. YOUMANS:    So, the standard for which Vidalia would handle their own teachers from a professional manner would be greater than they would handle professional matters with outside entities and organizations.

DR. REID:    Not greater…

DR. YOUMANS:    I feel like that's a, well, I learned about this through an email over dinner. Um, the guidance office, I call them immediately thinking, y'all have

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 7

information on this? And they said they found about, out about it earlier in the day than I did. It seems that there was a investigation brought on by the community.

DR. REID:          Yeah we've been working…

DR. YOUMANS:    Given to the board, given to you, I found out about it after the trial and verdict was given with no opportunity to defend myself or explain. It seems like that is it... a different standard of professionalism by the board than with a...

DR. REID:          It probably definitely is…

DR. YOUMANS:    It sounds like discrimination is what it sounds like. I mean, I'm not using that word in a legal sense, but in a sense of another teacher would have been said, hey, did you post that? Did you really mean that? What, Can you clarify? Can you, you know, can you take that down versus mine is… Hey, we're terminating an agreement with an entire ministry organization that has been partnered with the school for well over a decade.

DR. REID:          Yeah.

DR. YOUMANS:    Um, that, that's... What other, I mean, is it just Brewton-Parker that's going to be dual enrollment opportunities? in your, in your email you said there were going to be other elective opportunities available.

DR REID:          Yes, so if they If they do the dual enrollment through Brewton-Parker, then they can count as the elective course for them the same way yours did.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 8

And then if they're, um, seeking a degree outside of school, then obviously it would count towards their, um, graduation plan for their university.

DR. YOUMANS:    So there's not a plan to replace release time education during instructional time? Unless it's dual enrollment.

DR. REID:        Not at this time. Not at this time. If we had a kid who come up and said, hey, I cannot do dual enrollment or I don't intend to go to college, and I want this opportunity, we would probably seek out, um, other options at that point, like what are what's available to us online. But there's no other agreement at this point with anybody in the community to do any uh release time contract.

13:16

DR. YOUMANS:    Well, you say contract. It's really a memorandum of understanding. It operates under release time education.

DR. REID:        MOU, you're right I'm sorry. You're exactly right.

DR. YOUMANS:    Um, My concern is that this is not a structural, um, best fit for the students. It's a... personal decision made by offended community members who have the ear of the board. Therefore, there was a trial, a jury, a judgment without any professional reaching out to the organization that has functioned flawlessly. I mean, we had zero. I've never heard any of what you've said whatsoever. I have had, I mean, just being completely transparent. I have had multiple teachers, message me privately, when I would make posts about education and say, man, we

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 9

wish that the government would get out of our way so that we could do more things, this, that, and the other. Man, I wish I could actually say out loud what you did or I would get fired.

DR. REID:          Um hum.

DR. YOUMANS     They've said those things. So I don't feel like that that's unjust criticism as a taxpayer and a citizen and freedom of, you know, all these things. It does sound as if though an organization is being terminated. Again, you said it yourself, the professional standard would be corrective action because they're protected by teachers unions and, you know, those civil opportunities. But the same standard was lowered when it came to a quick and easy Hey, we can just end this.

DR. REID:          Um hum.

DR. YOUMANS:    That, that, I don't see how that passes professional standards of professionalism. It, it does seem... And I could probably name the board member that did it. I can probably name a community member to that probably did it.

DR. REID:          It was mostly staff. I mean, it really insulted this staff. But even outside of that, we've been, um, we've been looking at this since October and just, and as it, we started talking, and as the board got more information, it really did start snowballing, and I, I don't want to go into this issue, that issue because it would get into a bunch of, he said, she said, but there were other things that came

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 10

up about parents in the past who've had difficulties accepting some things and pulling their kids from the class, and again…

DR. YOUMANS:    That's never happened in a Vidalia course.

DR. REID:    Okay so…

DR. YOUMANS:    It only happened once in a Montgomery County course.

DR. REID:    And then that's what I know it would get into teasing apart, but at the end of the day, the board um said, what are our options? So my role then is to say, here, what our other options are.

DR. YOUMANS:    Students don't take the class unless they have written parent parental consent. At which point, if a parent says, I don't like what my student's getting, then they have the, obviously, the right to pull their students. And if any of them have done that, that would be news to me and in the Vidalia setting for 13 years. With that being said, a school terminating a religious release time education program on the grounds of not comfortable with the religious content of our upsetting material…

DR. REID:    No, no, no, no. Us releasing from the program, it has nothing to do with the material.

DR. YOUMANS:    It has to do with the parents' understanding of the material.

DR. REID:    It has to do…

DR. YOUMANS:    Or comfortableness with material.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 11

DR. REID:          Not necessarily the material…

DR. YOUMANS     Or content of the class.

DR. REID:          I don't want to get into teasing it apart. It's just not a good fit. The board did not feel it was a good fit for multiple reasons. And so we just had to ensure that we gave the kids an opportunity to be able to participate in that same level curriculum.

16:56

DR. YOUMANS:    Well, for dual enrollment, you cut out half the students that are gonna have the option for it. Because freshman sophomore don't qualify for dual enrollment through the state unless they pay for it out of pocket. That's $450 per student at Brewton-Parker. They do a reduced tuition, 300 at STC. So by redoing this, it actually is limiting the students, a lot. And even then, it's, you know, 30 credit hours of dual enrollment to pay for it by the state. There's very limited opportunities on that. Are they going to do it with academics? They can do it within a religious elective. It's functionally actually killing the opportunity for this to take place.

DR. REID:          And that's why I said that there's an individual student that we come across that is limited, then we'll work with that individual student to figure out how to ensure that they're not limited by access. I already have one child reach out about the course. I gave her her options. She said, yes, this is great. Thank you.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 12

DR. YOUMANS:   So what were the alternative options for non-dual enrollment?

DR. REID:   No, this child was able, this was a dual enrollment option, but I'm just saying we can look at it with a few number of students who were participating and, um, that have reached out or will reach out, we will definitely make sure that they have an opportunity. But really during freshmen, and um sophomore years, anyway, we have so many required courses. I don't know how many freshmen, sophomores you had...

DR. YOUMANS:   The vast majority.

DR. REID:   Right. So, but they will have an opportunity in their junior and senior years once they get those completed courses out of the way. So it's just a matter of shifting that time, um of when they could do it, if they chose to do it dual enrollment. And then there's other online, the dual enrollment is hybrid, in-seat, online. So, I mean, we've we've dug into it. Obviously, you're a very intelligent man and you've done, you know all of these things, but...

DR. YOUMANS:   I teach high school to doctoral courses.

DR. REID:   Yes so, I mean, I, you know, so I know you know what you're saying, and I agree with everything that you're saying, but I also know that we will make sure that the kids have access to them, courses.

DR. YOUMANS:   Then... One of the legalities when the Supreme Court made this possible in the 50s, the way in which release time education operates. Dual

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 13

enrollment's its own thing. Um, you know, work-based learnings its its own thing, anything off campus during instructional time, it has to be allowed. My fear is that if if it's just dual enrollment, hey, we're going to allow this for dual enrollment only, that's a different animal. But to say, hey, if an individual student wanted to, that didn't qualify for dual enrollment, wanted, released religious education during instructional time, we would work with them. But it's not going to be with the Sweet Onion Christian Learning Center. That's discrimination on a 1st amendment basis. The Supreme Court in 1952 was a released time education ruling allowed for schools to allow students out, but any MOA, you know, memorandums or partnerships had to be objective neutral.

DR. REID:        Um hum.

DR. YOUMANS:    It couldn't be content oriented, it couldn't be personal, it couldn't be preference, it couldn't be denominational. It had to be strict criteria. In writing criteria. Off campus, privately funded, parental consent, um if there was transportation involved, you know, the school would have to just…

DR. REID:        I read it all…

DR. YOUMANS:    …they would have to do those things. Um, none of that's in writing with the BOE from when we started this. Um, any objective criteria that was used to say, hey, this is not a good fit anymore, has apparently just been personal opinions based on the statements of an individual off campus, not related

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 14

or employed by the school, that feels like retaliation against a nonprofit organization because of things that they don't like. And the admission that we will work with a student shows a bias that you can't you can't do that legally. And I'm not saying I'm going to get a lawyer. I'm not doing that because it's not worth it. My pockets aren't that deep. Um, but what I would honestly like to happen is just an opportunity to have conversation with the Board of Education. Saying if you don't like those posts, I'll make them private. If I make another one. Um, but what the school is doing is, It's not the same professional standard for which I'm being accused of, and it is illegal.

DR. REID:         Uh okay…

DR. YOUMANS:    It is illegal.

DR. REID:         Well…

DR. YOUMANS:    …And that bothered because I thought this was just going to be a financial thing. Hey, fundings are getting cut, you know, enrollment's down, FTE, this or that. I thought it was going to be something like that, which I was prepared to go. You know what? I'm an administrator. I've planted churches, nonprofits. I work with higher ed. I get hard decisions. But if it is a personal decision where there's going to be opportunity to work with others, it's going to be limited and this one's excluded, based on, you know, that's, I'm not, I'm not taking this. I'm not going any farther with this from a legal standpoint, but the school, I mean, I'm going to

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 15

have to answer to well over 100 organizations or individuals in the community that monthly support this. Dozen and a half churches, large churches in the area. There, I mean, there's several employees of the school system that privately, they give to this ministry, and I'm going to have to say, it was a personal issue. The board did not like a social media post I made, and they chose to terminate without giving me any opportunity to defend or whatever, and they said that they would allow it to happen with other organizations. It's not happening with mine. I mean, that's all I can tell them, because if I were to try to move this ministry to another school, the question's going to be, well, why did Vidalia kick you out?

DR. REID:          Um hum.

DR. YOUMANS:    And I can't say, well, you know, just issues because then that's going to be like, ah, schools don't do that without this, that, and the other. Um, there's an integrity issue there. And I'm going to have to tell them they made a personal decision based on social media posts. Because I can't lie, I can't mislead them, especially the donors who've given, you know, nearly a $1,000,000 in the past decade to make this thing work.

22:47

DR. REID:          Yeah, I mean I think are right, you have to tell them it's a cultural misalignment. They did not, the, the culture that I was establishing

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 16

through my own, outside of the school did not align with the culture they're promoting with inside the school and regards to professionalism and...

DR. YOUMANS:    And that was never stated.

DR REID:    Yeah.

DR. YOUMANS:    It was never stated. And even professionalism... the... and see, I don't even know how that fits. Um, I've never made a post that says teachers that at vidalia high school don't teach. Never made one. I mean, I could be standing to be corrected. Um, my wife filters my social media. I'm a pastor, so I'm held to a higher standard on that... I've I've said honest things. I do believe tax dollars are wasted. I do. I mean, John Sharp told me himself the reason we got a turf field several years ago was because Toomes County got one. Now, that was literally the reason, he said, because they got one. You know, you spend a 1000000 and a half dollars on something like that. It's like, man, my property taxes went up and my wallet hurts. Um, you know, when students do tell me that, You know, we're doing coloring sheets today in my junior class. Because the teacher's working on their playbook for the ball game coming up... I don't name names. I don't say those things. And I think the vast majority of the country would say, hey, education, we're spending more money and the results are going down. That that's public knowledge. Um, As a citizen, I feel like I'm being, a citizen of Vidalia, a taxpayer of Vidalia, as a teacher, pastor, nonprofit administrator. I feel like, this is a retaliation. I do, I do, that's

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 17

what it feels like personally. It's a, we didn't like what he said, so we were going to prevent our students from being exposed to that ministry and organization's opportunities. How can we figure out how to do something different? For example, I know of a current sitting board of education member, who celebrated on social media when Donald Trump was shot. They put it on social media, celebrating it.

DR. REID:        Um hum.

DR. YOUMANS:    They're still a sitting board member.

DR. REID:        They're, I don't know who you're representing, but I would just say that board members are elected and there is no way that a school system can remove a board member.

DR. YOUMANS:    But no ethics investigation can be brought into for the culture that that stands for.

DR. REID:        Even if there was an ethics investigation of such thing, the general public wouldn't would not know about that, but there's no way for us to remove a board member...

DR. YOUMANS:    But you see, you see the...

DR. REID:        I don't disagree with anything you said. If people are coloring sheets, that's something we're working very hard to, um, prevent. If there is a waste of any taxpayer money in the past, that's something we're working very hard to ensure. So I don't disagree with anything you said except for the fact that when it

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 18

comes to outside organizations, when the system feels like it is no longer a good fit,

all they simply have to do is say, we're not going in this direction anymore.

DR. YOUMANS: So are they, is the system revoking the partnership and the

allowance of release time education? Partnerships.

DR. REID: Um, so…

DR. YOUMANS: Because that's the that's that's the legal kicker is when we first

started this…

DR. REID: Yeah…

DR. YOUMANS: 13 years ago in 14 Montgomery, we moved out of Montgomery

because of COVID. It just the logistics. And Toombs County was the same thing.

They didn't kick us out. It was just a logistical nightmare during COVID. We

consolidated in Vidalia. Um, the concerns for all 3 boards of education. And even we

tried to get into Treutlen, but there was a financial issue there. The concerns were if

we vote to allow release time education, does that mean we legally have to allow

Wiccans, Church of Satan, you know, kinds of things? And the answer is, yes,

however, you can put in policy in writing, criteria of teachers got to have a certain

level of education, that um resembles the academia of the high school. They have to,

you could put neutral guidelines in there, but the reality is, is, yes, you would have

to.

DR. REID: Um hum.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 19

DR. YOUMANS:    You cannot pick and choose which ones you want to allow or not based on any preference other than a very neutral, clear cut, not, we didn't like their social media posts… and if you vote to allow it…

DR. REID:        Yeah well uh…

DR. YOUMANS:    …you have to allow all of it, and you have to allow the students to pick and choose with parental consent. You can't discriminate. Or you have to say, we're not going to allow anything like this, dual enrollment, all these others are different animals, but we're not going to allow anything like this.

DR. REID:        Um hum.

DR. YOUMANS:    Um, so, does that mean the board is going to revoke the release time education program?

DR. REID:        So, going back to the board meeting minutes, what we did was, and so if it was wrong, 10, 15 years ago, then, you know, that's obviously something we'll have to rectify. But, um, it looked like in the, in the board meeting minutes, basically what they did was to recommend an MOU with CLC.

DR. YOUMANS:    Um hum.

DR REID:        Um, specifically. But I don't, there's no policy or anything around the specific to the release time. It was it was presented by you in one board meeting and then in the next board meeting, they adopted the MOU.

DR. YOUMANS:    Okay…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 20

DR. REID:     So, you know, after this conversation, obviously I'm going to go through, look again, but I didn't see any policy that was done, um, in relation to just the general policy around release time.

28:18

DR. YOUMANS:     So if…so basically the board, from a paper standpoint, didn't write it down the right way.

DR. REID:     I have to look at it, yeah.

DR. YOUMANS:     With that being said, the burden of proof goes to the lesser party here of, okay, we've been operating that way. The school has been operating way that way for 13 years. To say that we will continue to operate that way if a student wants to, if a parent wants to, right? The parent actually has the final say on a child's education. But it's just not going to be with this organization.

DR. REID:     So then maybe I'll have to rescind that statement.

DR. YOUMANS:     That is, that, I mean, there was a school in California that it went back to the Supreme Court on that one, and the school lost it hard. And I don't want that for Vidalia. I'm born and raised here.

DR. REID:     Yeah…Yeah…

DR. YOUMANS:     I went to Vidalia.

DR. REID:     And that's the thing.

DR. YOUMANS:     And what's going to happen is…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
<u>Participants:</u>
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 21

DR. REID:          When the situation came up, I would just dig deeper into it if there was a situation in which the dual enrollment did not work out for a student and we, then I would have looked into it and if that's the case. So maybe I misspoke that. Maybe I do need to rescind that statement based on what you're saying. I would have to look a little deeper…

DR. YOUMANS:    I don't want this. I live in this area. I pastor in this area. My family's, both sides have been here since, I think, the county was founded. I love this area. Um, this effectually effectively kills the ministry. Puts me out of a job. That's part of the reason I'm passionate about it is like I built this from nothing. I mean, I had I had 3 former students come to church last night because they moved back to the area and they're like, you changed my life. There's there's city employees, like, you have teachers, employed under you right now that were my students.

DR. REID:          Um hum.

DR. YOUMANS:    And if you ask them, what do these classes do for you, they would tell you, you know, two of your females, teachers, he was the dad that I didn't have in my life. And that's why I took every class he had because I wanted to be there every day.

DR. REID:          Um hum.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 22

DR. YOUMANS:    Like, this is not, it goes well beyond that. I mean, I've had students ask me to do their marriages, weddings. Like it's…

DR. REID:    I understand it…

DR. YOUMANS:    One lady went to Brewton-Parker. She wanted to take a class that I was offering dual enrollment. She petitioned the provost to let her not take it over there and come join the dual enrollment class.

DR. REID:    You don't have to sell me on the teacher-student relationship…

DR. YOUMANS:    So I would like…

DR. REID:    And I think that's why so many of our staff were so highly offended, like...

DR. YOUMANS:    And when you say so many, I mean, we're talking about I mean, when people say they…

DR. REID:    No, it's…

DR. YOUMANS:    …sometimes they can mean three to five. It can mean 120.

DR. REID:    It was a big deal at the time and I got, I don't know how many screenshots of the post. So I, and I don't, I don't really, like, I'm on social media, but I don't really like plunder through people's stuff and all, and I, I don't have to when something upsets anybody in this community, they start sending.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 23

DR. YOUMANS:    Well, my request would be, is that the Board of Education, your email sounds as if, though, you made the decision and informed the board that it was gonna take place.

DR. REID:    Um hum…

DR. YOUMANS:    Some of my board members, because I don't own this ministry. I have retired educators, superintendents that are on my board of directors. They reached out to multiple BOE members and said, what's going on? And they said, Dr. Reid made this decision and informed us. That's why I'm confused, because they said Dr. Reid told us this is what she wanted to do…

DR. REID:    I did make the decision about Brewton-Parker. Well, at the end of the day, everything that happens here falls on me. Well, I can tell you it was brought to my attention through the board…

DR. YOUMANS:    Okay.

DR. REID:    …and in a meeting, we discussed that the board wanted me to explore the options. And so I did make the decision of, hey, we've got a perfectly great Christian university that we already have a strong partnership with that offers these classes. I don't know that we need to look much further outside this.

DR. YOUMANS:    And I'm literally teaching them.

DR. REID:    Yeah, I don't know. We need to look. So it definitely was my recommendation to the board that we partner with Brewton-Parker.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 24

DR. YOUMANS:    But the recommendation was led through an instruction of, hey, we would like to figure out how not to partner…

DR. REID:    Look at what…

DR. YOUMANS:    …with this organization.

DR. REID:    No, it just said, this has upset staff, this has upset parents in the community.

DR. YOUMANS:    …Can we look at other options…

DR. REID:    What are our options? And so when we laid out all the options, continue with CLC, try to find something online that would work for the kids or, um…

DR. YOUMANS:    dual enrollment.

DR. REID:    ….Dual enrollment, that was the option that we went with.

32:35

DR. YOUMANS:    My fear is that the Board of Education has made an emotional decision that's actually put the school in a very, uh, I'm not a testy illegal person, but the next person that comes along that gets offended and they make another emotional personal decision for a veiled retaliation. The next person goes, I like the ACLU. And then it's a, well, we told Dr. Dr. Reid, I think that they made a, I get my feelings hurt, right? Listen, I have, I'm a pastor. Like, I don't have thin skin. If you do it, you're not, you don't do ministry. Like, I've had many teachers tell me, well,

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 25

you're not really a teacher because you don't have state certification. I was like, I have multiple bachelor's, masters. I'm working on my 2nd doctorate. Like I guess I'm not a teacher. Right? I get it. Everybody has opinions. But to make, to cut out a program that's ministered to hundreds of students in the past decade and a half over a, somebody got their feelings hurt. Um, I mean, gosh, there's plenty of Vidalia teachers that say things on social media about Toombs County. Rivalry, right? But it seems petty to literally ruin these opportunities for students, for what's best for the actual students.

DR. REID:    No, I think they would honestly, in what, you know, perspective, is true, then you have your perspective.

DR. YOUMANS:    Well, perspective is not truth. Perspective is…

DR. REID:    Perspective is each person's truth. That's what they believe. So I don't get hung up on teasing words apart. I I do not.

DR. YOUMANS:    I'm a theologian, I do.

DR. REID:    I know I know. So a person's perspective is their own truth, right? But I do think the board feels like they made a best decision, not just on one situation, but on historical information that they received as people were reporting, and it just did not match up with what we wanted for the kids at at our school. And that's where we are.

DR. YOUMANS:    I would request that they change their mind.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 26

DR. REID:          And I can certainly take that back to them.

DR. YOUMANS:    And the students are enrolling in classes this week. They're starting that process.

DR. REID:          We have a board meeting Friday. I'll be sure to put on the...

DR. YOUMANS:    Tommorow Friday?

DR. REID:          Uh, Yes, tomorrow is Friday. Um, I'll be sure to put in, um, the, I have to think, but I need to put it in work session because it's really a board luncheon at JR Tripp, and normally they just present. So, um, I'll put it on the agenda that you that you have, uh, asked that you communicated, that you ask for them to reconsider.

DR. YOUMANS:    And...

DR. REID:          I could just email it.

DR. YOUMANS:    Preferably...

DR. REID:          As long as I email it to all five of them.

DR. YOUMANS:    Yeah, and preferably quickly, because obviously, I mean, the students are registering in almost all my students have asked me, hey, we didn't see your classes next semester. I'm like, at the moment they're not.

DR. REID:          Um hum.

DR. YOUMANS:    I'm trying to figure it out. And they're like, what do you mean it's not? I'm like, I just that, I got an email and I'm following up.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
<u>Participants:</u>
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 27

DR. REID:          As a matter of fact I can um, I'll do that before I leave today. As long as I email all five at one time, it's fine. Um, and I can just email them and let them know that you've requested that and then touch base a little.

DR. YOUMANS:    I just, I don't want to see this. I don't want to see the school hurt students over hurt feelings. Again, does that mean that I'm not going to voice my opinion at times? I'm... I'm gonna voice my opinion. I can't not do that. Now, I've never named names. I've never that is unprofessional. Unless somebody does something illegal that, I mean, that requires a public condemnation, right? I mean, like, that's that's fine.

DR. REID:          I mean... I think the view of that is different too. Um as far as hurting and kids, like we have found a solution that will allow them the same instruction.

DR. YOUMANS:    Not really.

DR. REID:          With multiple viewpoints from multiple teachers.

DR. YOUMANS:    From an academic.

DR. REID:          Not all their instruction comes from one person.

DR. YOUMANS:    Well, see, you, you, when it comes to the religious education aspect, you can't say we want multiple perspectives when it comes to religious education, because then the secular school system's getting involved with which

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 28

religious perspective they want. You can't do that. Now, same with dual

enrollment…

DR. REID:          I said from multiple instructors.

DR. YOUMANS:   Yes, correct.

DR. REID:          With multiple viewpoints.

DR. YOUMANS:   You want different viewpoints.

DR. REID:          Um hum.

DR. YOUMANS:   And that's…

DR. REID:          Not different kinds of religions.

DR. YOUMANS:   Different viewpoints gets into the denominational aspect that

the Supreme Court said. We don't, you know, this person says one thing. I don't

want the school to get involved in that.

DR. REID:          So you think it's going to be a problem for us to send kids to

Brewton-Parker because it has multiple instructors?

DR. YOUMANS:   When it comes to the comparative religions course, the Old

Testament, New Testament, the pastoral counseling course that was taken, the four

that have been offered in that department, the Christian studies department. I am

that professor, for Vidalia high school students for the last several years. Prior to

me doing this, Brewton-Parker did not offer any of those courses to Vidalia high

school students unless those students drove over there to take those things. And

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 29

even then it was a very limited number of students that were even taking them. It's the same professor. It's me.

DR. REID:    The current course offering for dual enrollment, whether it's in seat, hybrid or online, um Old Testament, New Testament. And I have them.

DR. YOUMANS:    Well, when I say those instructions different…

DR. REID:    They got different instructors listed.

DR. YOUMANS:    Yeah, those instructors follow the typical 38 or 45 hours, it's 36 days of seat time. Every student that takes mine gets 85.

DR. REID:    Um hum.

DR. YOUMANS:    They get 85 days or 86, whatever the calendar is.

DR. REID:    Yeah whatever the calendar is…

DR. REID:    Because our dual enrollment models. So they're technically getting almost 3 times the actual quality of education and the length of education. They don't have to travel, which allows students that can be bussed, because Brewton-Parker doesn't pick them up. We have a van, insured, that we pick students up with, bring them back. We've done, we've taken strides over the decade to make it to where if you want it, I mean, John Sharp even said when we started this, a student that comes to Vidalia high school, and for him, the plug was, we'll keep people from leaving and going to Robert Toombs or VHA for Bible, when we tell them that through our partnership, we can, if a student comes to value high

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 30

school, they can actually take more Bible courses at the high school level than Vidalia Heritage or Robert Toombs. And that was the selling point to him was we don't lose our kids to the private school that want it and parents can pay for it because they can literally get it here. Um, and yes, they can take those classes dual enrollment with other instructors, but it will be online, impersonal, in seat 36 class days, maximum versus… it's lessening the education.

DR. REID:        Yeah.

DR. YOUMANS:    It's less than the option…

DR. REID:        Yeah I'm really excited about it possibly expanding it to kids who couldn't find the time in their schedule to go and take it during the day during class.

<span style="color:red">39:30</span>

DR. YOUMANS:    And those are great. I mean, that would be…

DR. REID:        …opportunities for a lot of kids.

DR. YOUMANS:    That would be all. That would, that, and that is, I would never tell a student, don't take it with another professor.

DR. REID:        Yeah.

DR. YOUMANS:    I would take it with me. I'm not competitive like that.

DR. REID:        Yeah.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 31

DR. YOUMANS:    But for the student that says, I'm a 9th or 10th grader. I do want these classes. I can't afford to pay out of pocket. I can't drive. I don't have a vehicle. I can't do these kinds of things. You know, I don't have a computer at the house. I can't do online learning. I don't have X, Y, Z. But man, I can jump on the van every day of the school week and I can get the personal instruction. Like it…

DR. REID:            I agree. There's a space for all kinds of learning. And, you know, I hate that due to the circumstances that we um were exploring other options. Um…

DR. YOUMANS:    Well, I would I would ask if you could do that, um, so that it doesn't I mean, I hope that they would change their mind and I hope that they would do it quickly so that the classes could be, um, put back on the list. Or if not put back on the list, at least students that want to take the classes when they ask the guidance office, hey, what happened there? Oh, it wasn't on the list. Sorry, we can put you on there or something. Um, I… Because it does sound like retaliation by people with hurt feelings. And that's, to be frank, that's stupid. It really is. And I get professional standards. I completely understand that. I work with multiple seminaries in their doctoral programs. I mean, I sit on the professional review committees and that kinds of things. I do it. I get it. But if it was a historical, like, happened in the fall, why were the classes allowed in the spring? It happened 3 years ago, what were they? But… and this is the first I'm hearing about it, that the

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 32

school had a problem with it. The board had a problem. I mean, there's a judge jury trial sentencing, and then the person sentenced finds out that they're being sentenced, and they didn't even know there was a trial. There was no clarification. There was no, hey, did you personally mean my mom or my brother, my cousin that's teaching, you know, or what did you mean by that? It's a, we just don't like it, so we're going to cut it. Like, that. That that sounds more like small town politics than it sounds like a way a board of education should operate. And I hate that they put you in that situation where they're like, hey, we don't like this. Can you figure out another option?

DR. REID:              No, I do not want you to leave here thinking that I'm saying the board said they did not like this. They said, here are the things that have come into us from our community, our stakeholders. Let's look at our options and consider what is best. I don't I don't want it to be said Sandy said. The board, Dr. Reid said the board said that she had to make this decision. No. At the end of the day, I did the groundwork to look at the options. We laid out options to the board...

DR. YOUMANS:    So 500 people call the board…

DR. REID:              I don't know how many.

DR. YOUMANS:    No, I'm saying if 500 people call the board between today and tomorrow and say, hey, we actually want those classes.

DR. REID:              They're probably…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 33

DR. YOUMANS:   They're probably not going to do anything.

DR. REID:   Uh hum.

DR. YOUMANS:   Because it's not really Because it's not really the stakeholders. It's the personal opinion of the board. And that's, that's, you see my concern here, is that it's, it's a personal issue and it's not a professional issue. It's a it's a personal issue veiled under professionalism.

DR. REID:   I say that's your perspective of it. I do see that.

DR. YOUMANS:   But you don't see how it is actually logical.

DR. REID:   Um, not in my perspective. My perspective is that we seldom have situations in which the the way we are trying to operate is not in alignment with what we feel is best, and we have the ability and right to make changes to that...

DR. YOUMANS:   So what was to go back to the original problem? What was the problem with whatever the post was?

DR. REID:   The post is only the stimuli, which triggered the outpouring, which then triggered the questions, which brought up, hey, there are some issues.

DR. YOUMANS:   So the structural misalignment for what's best for the students in the system with this ministry is it, the ministry does not promote public school education? It disenfran- it degrades Vidalia City Schools? It…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 34

DR. REID:    Not the ministry. I think it was you as a person who is also an instructor, which crosses over to professionalism.

DR. YOUMANS:    Okay, so the ministry utilizes instructors that are antithetical to the mission of Vidalia City Schools and their standards of professionalism.

DR. REID:    I think it is the organization in which we HAD a partnership with… employs...

DR. YOUMANS:    Doesn't employ.

DR. REID:    Or…

DR. YOUMANS:    There's no funding that comes to me from the school.

DR. REID:    Okay, well I don't know the correct terminology.

DR. YOUMANS:    There's zero, like that's the legal part, nothing.

DR. REID:    …consists of, um, the organization in which we've had a partnership with, um, there were some concerns brought up regarding, um, professionalism and past experiences with students and families. And that was what was brought to the table. Um, and discussed.

DR. YOUMANS:    Wow.

DR. REID:    Not in great detail, just in general, because the board, obviously, you know, they were getting information from stakeholders, and at the end of the day, it wasn't about what was reported, but about what are our options, and let's look and see if there's a best fit.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 35

DR. YOUMANS:    So release time education opportunities, like what I offer, will no longer be offered through the school, only dual enrollment type opportunities that are in a different instructional category.

DR. REID:    That's our current plan and our current solution to it. To being able to provide the students with the same exact courses that were being taught.

DR YOUMANS:    But if a non-dual enrollment eligible student wanted to take the course and say, went to the guidance office tomorrow.

DR. REID:    We will deal with it then and look to see what options we have.

DR. YOUMANS:    And if they wanted to take it with the Sweet Onion Christian Learning Center?

DR. REID:    We don't, we don't have an MOU with you all anymore.

DR. YOUMANS:    Okay. So the school would be willing to enter in, willing to enter into one of those with another organization offering the same categorical instruction.

DR. REID:    I can't speak for what the Board would be willing to enter into because that would require more approval.

DR. YOUMANS:    Um hum.

DR. REID:    And I can't speak on behalf of the board.

DR. YOUMANS:    Okay. Well, that answers those questions that I have.

46:39

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 36

DR. REID:            I am personally thankful for the work that you've done with the kids. It did, I guess, have a valuable place here. Um, in regards to impacting individual kids and, um, I hate that we've come to this…

DR. YOUMANS:    What will be the stated opinion of the system when asked? I'd like to be on the same page when the churches and the community members ask me why is this out? And when other school systems that I might try to partner with say, well, why? What would be the?

DR. REID:            If anybody asks us, we're just going to say, we want to make sure the kids have an opportunity to um provide these courses, but the current structure that we had in place was not working, or the current structure we had in place was not the best fit, and we're moving to a dual enrollment model at this time.

DR. YOUMANS:    Not a funding issue, not a transportation issue, not a safety issue. Just a professional fit.

DR. REID:    Um hum. [nods head]

DR. YOUMANS:    Well, that's the, please express my, um, disappointment with the Board of Education.

DR. REID:            I'll do it.

DR. YOUMANS:    And um, and my, my asking of, please, can we just pretend this doesn't, doesn't happen? And just let the guidance office know, hey. We all talked and we're gonna switch gears and pretend it's whatever, and I understand now that

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 37

there's apparently, um, I'll be more sensitive in my expression of things. This doesn't feed, this doesn't help my disdain for how sometimes public education works.

DR. REID:          I get it, I get it.

DR. YOUMANS:    You know what I'm saying?

DR. REID:          I get it, I get it.

DR. YOUMANS:    I'm gonna I'm gonna tame my comments knowing that it was personal.

DR. REID:          Well, and I understand from the outside, and this is not anything to do with the Christian Learning Center at this point. I understand from the outside looking in, you know, as a taxpayer, somebody pays taxes that, um, unless you fully understand what's going on with school systems right now, you just cannot even wrap your mind around. You know, our portion of, um, teacher and, uh, staff, benefits in the past ten years have gone from, um, just for their insurance has gone from $589 a month, to this year, it'll be $2062 a month per staff member.

DR. YOUMANS:    Yep.

DR. REID:          Per year.

DR. YOUMANS     Yep.

DR. REID:          in just 10…

DR. YOUMANS:    Benefits packages.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 38

DR. REID:    …years. years. You know, it is insane what things are costing. I mean, you know all this. You're very intelligent. Uh, it's insane what things are costing, you know and um it's not like we're putting money in the bank to surplus, you know, we're in a…

DR. YOUMANS:    I know.

DR. REID:    …budget deficit the past 3 years.

DR. YOUMANS:    Yeah.

DR. REID:    It didn't like we're just banking the money and we also are certainly not overstaffed. You know, I do know that one of the um, your source of contention was, um, how much money the administrators make. But if people know how many hours that we put in in a day's time, I mean, it's nothing for me to work 12, 14 hours a day. And so while that salary may look bigger than the average teacher's salary, um, you know, when you figure it out by the hour, we probably making less, then, what, the average salary is, so...

DR. YOUMANS:    Yeah, I mean, I'm a number, I teach finance. I get it. I mean, and I...

DR. REID:    I work Saturday, Sunday. I work every single...

DR. YOUMANS:    Those posts are made based on taxpayers perspective of…

DR. REID:    I get it.

DR. YOUMANS:    …my taxes go up and my product goes down.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 39

DR. REID:        I get it.

DR. YOUMANS:    I mean, that's…

DR. REID:        My husband, he's in my ear, not, you know, as a taxpayer, but as a husband, he's in my ear about the taxes, you know? We've got property and, you know, taxes are going up, duh duh duh. So I give it from that end, but I also see it from this end. Like, if we want kids to be educated and we want them to be able to take care of us in 20 years from now, it isn't like we are, I know in our system now, I can't speak for what's happening in other systems. We sweat every penny, and I just spent that boarder has been covered trying to figure out how do we trim,

DR. YOUMANS:    Um hum.

DR. REID:        where can we trim? There's just not a lot of excess. Um, and with all thats going on with federal budget, I don't know, you know, what next year or even. It is not a great time financially to be in a public education system.

DR. YOUMANS:    Correct, yeah. I know no one wants to be the next Dublin.

DR. REID:        But I can, I can tell you that in our system, like, our board members care about saving every penny they can for the taxpayer, and we don't do extra. This furniture in here, I bought it out my own pocket. We would never, you know, like, we don't buy extravagant stuff. Um, and we're very comparable when it comes to, probably on the low end, what we pay our coaches, what we pay our bands, our choir, our one act play coaches, our athletic coaches. Um, we're just not

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 40

even competing with a lot of the schools around us, but we're trying to make the best decisions we can to give our kids the programs they need and also be considerate of the taxpayers, but the rising costs, I did a presentation in preparation for the um the uh the reviews, the three reviews that you have to do if you accept the millage, which we kept, or we accepted the millage from um last year. No, actually, we took, it was 14.85. it was 15 this year. Um, so in those tax hearing reviews, I prepared and showed that it's like 45 and 55% increases in the cost of almost every major area in the last 10 years. It's just insane.

DR. YOUMANS:    Yeah.

DR. REID:    So I say all that to say, I understand your where you're coming from, your frustration, frustration…with taxes.

52:52

DR. YOUMANS:    I don't want... I don't want the board to have made a knee jerk, emotional decision based on the same thing that the vast majority of every single human in Vidalia is also saying and choose to retaliate against a program that is literally changing the lives of current Vidalia City School employees who were students, the children of those current, I mean, I I don't even want to count how many current teachers in this system, their students are in my classes.

DR. REID:    Um hum…

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 41

DR. YOUMANS:    And to cancel that because somebody got their feelings hurt. And if they wanted to cancel it, because they got their feelings hurt, that's one thing, but to do it in such a way that jeopardizes the school's standing when it comes to hey, if, from a pastoral perspective, if anything is done illegally, then it's the wrong decision.

DR. REID:        Um hum…

DR. YOUMANS:    Because it's, it's wrong. You can't justify the ends justify the means. The fact that this has been completely done in a manner which is not consistent with even state or federal law, puts it below reproach. And I, and I know several of those folks in the Board of Education, their Christian members are God fearing people, and if they've made a decision that's wrong, I think that they would be of the character to say, you know what? There are a lot of community, there are people in the community that get their feelings hurt and maybe we did too. And, you know, let's just, okay, we expressed our concern. He got it, and, you know, let's reverse this and make everybody happy. Um, that, that would be my, my request because I don't, I don't want there to be problems. And I, if the board says no, we're sticking to it, I have no other option than to immediately inform the 100 plus monthly and individual donors, including large businesses and churches in the area that, hey, we are going to try to shift our ministry. We're going to try to do this together. Reach out to other schools, and at which point, right now, there's a

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 42

handful of students that have heard and a handful of teachers. Um, if their decision's reversed, it's, you know, Monday's a normal day and I will see how much students going to get signed up. If they don't, I have to tell my board members, and I have to tell the donors, and I have to do that, at which point, I'm, their phones are probably gonna blow up at no fault of mine at all. I just, I'm going to tell them and they're going to say, what was the problem?... I made a social media post. They didn't like it. And that was a catalyst for other concerns that they had. And then I don't know where that's going to go.

DR. REID:        Um hum.

DR. YOUMANS:    And I hope it doesn't go anywhere, but at the same time, I would like to save them the headache. I personally would. I would like to save myself the headache because my phone would then blow up. Like, what happened?, I don't, I would just like to not do it.

DR. REID:        I think if you, and I can't tell you have to communicate to your stakeholders, but I think if you tell them that, um, the school is providing another option for the kids to get this, it would save, your phone for ringing, or maybe not.

DR. YOUMANS:    I'm not going to tell them that.

DR. REID:        Okay.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 43

DR. YOUMANS:    I will tell them that the school has decided to go other ways, but why did they decide not to go your way? I mean, you offer the highest level of education in these fields that any, I mean, how in the world?

DR. REID:    Yeah.

DR. YOUMANS:    Um, uh, what could be better? Time, educate, like the quality of education, the amount of time in the classroom, the structure for students that couldn't do it any other way, like what could be better? Why do they do that? I'm going to say, I ticked off the wrong person on social media. And that was the catalyst for an investigation that, I'm not gonna lie. I'm not going to mislead.

DR. REID:    No…

DR. YOUMANS:    Um, I'm not gonna, if they ask me point blank, I'm gonna, I am going to answer the question, especially…

DR. REID:    That's fine, and I think…

DR. YOUMANS:    …the ones that have donated money.

DR. REID:    I think our boys prepare to answer whatever calls they get.

DR. YOUMANS:    But I don't want that. I don't want it.

DR. REID:    Yeah.

DR. YOUMANS:    I would rather I like care about some students. At the end of the day, I just want to reach the students and continue what I've been doing for 13, 14 years. Like that's, that's my heart because I've seen the life change. I've seen the

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 44

families changed. I've seen the, I mean, the students that call me back 10 years later and is like, hey, can I donate? Because that changed my life. Like, can I, how can I get involved? I just want to keep doing that. That's my heart. Um yeah, I'm a concerned citizen about stuff and I'm not gonna not voice my opinion out of fear of man, fear of losing a job. Um, I am, again, I don't name names. I don't do those type things. I am professional in that matter, but I'm not gonna not do these things.

DR. REID:          Yeah.

DR. YOUMANS:    And if I have named a specific teacher or something like that, I will retract it and apologize to the teacher. I would retract it, I will do that. I don't recall having done that. Um, so, I, and I guess we just end with it. My request is that you just ask the board quickly as possible. Hey, the students are finding out, questions are being asked. Probably was a knee jerk. Can we just, would y'all be willing to, you know, I had a conversation with him. He understands the perspective of the board, um and some of the stakeholders. Can we fix this? Get, give him an opportunity.

DR. REID:          I will reach out to them today to let them know that that's your request, and I will, like I said, I'll see them tomorrow, so I can get back to you as what it is tomorrow to let you know...

DR. YOUMANS:    Yes.

DR.  REID:          ...if, that they're open and to reconsidering any of it.

*Transcript of 02/19/2026 meeting: Dr. Gady Youmans and Dr. Sandy Reid*
Participants:
Superintendent Dr. Sandy Reid, Vidalia City Schools
Dr. Gady Youmans, Executive Director of Sweet Onion Christian Learning Center
Secretary
Page 45

DR. YOUMANS:    Okay, I appreciate it. You do that.

DR. REID:    Thank you.

[both parties get up to exit the office]

DR. YOUMANS:    Yes, ma'am. Oh, that is a comfortable couch.

DR. REID:    Yes, yes. It beats the alternative to the hard desk.

DR. YOUMANS:    Yes, yes.

DR. REID:    You're welcome to go back out the front, or you can go and take a right, you'll be right back into the parking lot.

DR. YOUMANS:    Okay, awesome.

DR. REID:    And in the sunshine.

DR. YOUMANS:    Okay, thank you.

DR. REID:    Thank you.

[Dr. Youmans exits the building]

DR. YOUMANS:    That meeting is over. I am walking to the car now.

END 58:52