IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SWEET ONION CHRISTIAN LEARNING CENTER; ET AL<br><br>Plaintiff/Petitioner | Cause No.:    **6:26-CV-00026-RSB-CLR**<br><br>Hearing Date: |
| VS.<br><br>**VIDALIA CITY SCHOOLS; ET AL**<br><br>Defendant/Respondent | DECLARATION OF SERVICE OF:<br><br>ORDER OF ADMISSION; Certificate of Good Standing; APPLICATION FOR ADMISSION PRO HAC VICE; RULE 26 INSTRUCTION ORDER; NOTICE OF ALTERNATIVE DISPUTE RESOLUTION and CASE MANAGEMENT PROCEDURES; SUMMONS; EXHIBITS; PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION; COMPLAINT; CIVIL COVER SHEET |

The undersigned hereby declares  That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the __19__ day of __MAY__, 20**26** at _____ o'clock __M

On the date and time of _____ at the address of **1001 North St W, Vidalia,**

**Toombs County, GA 30474**, the undersigned served the above described documents upon: Sadia Ajohda

☐ **Personal Service**
by then and there personally delivering ___ true and correct copy(ies) thereof.

SANDY REID
*Physical description*

☐ **Substituted / Residential Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_____
Name of Person Receiving Documents and Their Relationship to Person Served

_____
Physical description

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above

**COMMENTS**

_____

DATED this __19__ day of __MAY__ 20 __26__

Robert WIGGS


SGT R. W[signature]

| | | |
|---|---|---|
| Robert WIGGS | | SGT R. W[signature] |
| Process Server Name | Reg. State, County and ID# | Signature |

**ORIGINAL PROOF OF SERVICE**


ABC Legal Services, LLC
1099 Stewart St Ste 700
Seattle, WA 98101

Page 1 of 1

Ref # 6.26-cv-00026-RSB-CLR
Tracking #: 0222952095